# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lovell Nahmour Oates, | Civil No. 22-cv-1714 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Benton County Jail, et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 15, 2022 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  9/16/22

s/Patrick J. Schiltz  
Patrick J. Schiltz, Chief Judge  
United States District Court